# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONALD ROBERTS, MARILYN ROBERTS : No. 669 MAL 2019
AND JASON ROBERTS, :
:
          Petitioners : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
    v. :
:
:
ARMSTRONG WORLD INDUSTRIES, INC., :
BRENNTAG NORTHEAST, INC., BARLEY :
SNYDER, AND ALAN J. HAY, M.D., :
:
          Respondents :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.